RECEIVED

DEC 1 5 2009

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| RAYWOOD DEJEAN | * | CIVIL ACTION NO. 07-1732 |
| VERSUS | * | JUDGE DOHERTY |
| BAYOU SORRELL OIL, LLC, ET AL | * | MAGISTRATE HILL |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the above and foregoing Motion to Dismiss;

IT IS ORDERED, ADJUDGED AND DECREED that the above entitled and numbered suit be and is hereby finally dismissed with full prejudice to all rights of plaintiff.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that each party shall bear its own respective costs in these proceedings.

IT IS ORDERED that the Court retains jurisdiction over the settlement agreement herein and further retains jurisdiction to enforce the terms of the settlement agreement.

THUS DONE AND SIGNED at Lafayette, Louisiana this 15 day of December, 2009.

UNITED STATES DISTRICT JUDGE